No. 10–9302. ZAVALA v. UNITED STATES; and

No. 10–9363.  ZAVALA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.